UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE MANUEL FERNANDES,<br>            Petitioner, | )<br>)<br>) |
| v. | )<br>)   CIVIL ACTION NO:<br>)   Docket # 04-10223-MLW |
| ANDREA CABRAL, SHERRIFF<br>SUFFOLK COUNTY and<br>BRUCE CHADBOURNE, DISTRICT<br>DIRECTOR, IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>            Respondents. | )<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondents in this action.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840, by mail on this 9th day of February 2004

_____
Mark J. Grady
Assistant U.S. Attorney