UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE MANUEL FERNANDES,<br>Petitioner,<br><br>v.<br><br>ANDREA CABRAL, SHERRIFF<br>SUFFOLK COUNTY and<br>BRUCE CHADBOURNE, DISTRICT<br>DIRECTOR, IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br>Docket # 04-10223-MLW |

## RESPONDENTS' NOTICE OF SCHEDULING OF REMOVAL

The Respondents hereby give notice that the deportation of the Petitioner has been

scheduled for March 1, 2004.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840, by mail on this 9th day of February 2004.

Mark J. Grady
Assistant U.S. Attorney