UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE MANUEL FERNANDES,<br>Petitioner,<br><br>v.<br><br>ANDREA CABRAL, SHERRIFF<br>SUFFOLK COUNTY and<br>BRUCE CHADBOURNE, DISTRICT<br>DIRECTOR, IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br>Docket # 04-10223-MLW |

## RESPONDENTS' STATUS REPORT

In accord with this court's order dated March 5, 2004, the Respondents submit the following status report relative to the Immigration Proceedings of the Petitioner.

On March 9, 2004, the Immigration Court allowed the Petitioner's Motion to Reopen his removal proceedings. Please see, Order of the Immigration Court, dated March 9, 2004.

Counsel for the Respondents has conferred with counsel of record, Steven Lagana, and Petitioner's counsel before the Immigration Court, Paul Glickman.

By agreement, it is not anticipated that further proceedings on the instant petition are necessary.

Any dismissal should be without prejudice by agreement.

By their attorneys,
MICHAEL J. SULLIVAN
United States Attorney

MARK J. GRADY, Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840, and Paul Glickman, 250 Summer Street, Boston, MA 02210, by mail on this 11th day of March 2004.

Mark J. Grady
Assistant U.S. Attorney

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA 02203-0002

In the Matter of:
FERNANDES, JOSE MANUEL          Case No.: A72-355-506

RESPONDENT                      Docket: BOSTON, MASSACHUSETTS

IN DEPORTATION PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon consideration of respondent's

( )  Motion to Reconsider an Immigration Judge's decision

(✓)  Motion to Reopen proceedings

filed in the above entitled matter, it is hereby ordered that the motion

(✓)  Be Granted

( )  Be Denied for reasons indicated in the attached decision

filed in the above entitled matter, it is HEREBY ORDERED that the motion be granted. *The Government has not responded within the time period allowed and, therefore, is deemed unopposed.*

PATRICIA SHEPPARD
Immigration Judge
Date: Mar 9, 2004

Appeal: WAIVED (A/I/B)
Appeal Due By: Apr 8, 2004

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/c Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: 3-9-04  BY: COURT STAFF _A. Mahoney_
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 2 - 2T