UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOSE MANUEL FERNANDES**          CIVIL ACTION
      **Plaintiff,**                NO.  04-10223-MLW

v

**BRUCE CHADBOURNE, et al**
      **Defendants**

## ORDER OF DISMISSAL

**WOLF, D. J.**

In accordance with the Court's Order on   **MARCH 29, 2004**, it is hereby

**ORDERED** that the above-entitled action be and hereby is dismissed.

By the Court,

**March 29, 2004**                 **/s/ Dennis O'Leary**

      **Date**                       **Deputy Clerk**

(dismiss-endo.wpd - 12/98)                              [odism.]